## First District.

The People of the State of Illinois ex rel. Jacob Twardzik et al., appellants, v. Francis X. Swietlik et al., appellees. Gen. No. 39,173.

Opinion filed February 15, 1937.

Thomas J. Courtney, State's Attorney, and Maximilian J. St. George, for appellants. Wolf & Love, for appellees; Stephen Love, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Eleanor K. Ruddiman, appellee, v. Eclipse Laundry Company and Leon Bernbach, appellants. Gen. No. 39,162.

Opinion filed February 15, 1937.

Cassels, Potter & Bentley, for appellants; Ralph F. Potter, Leslie H. Vogel and Horace G. Marshall, of counsel. George E. Woods, for appellee; Angus Roy Shannon, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Underground Construction Company, appellee, v. The Sanitary District of Chicago, appellant. Gen. No. 39,186.

Opinion filed February 15, 1937.

Ernest Buehler, Lawrence J. Fenlon, William C. Oehlsen and Thomas F. Donovan, for appellant. John L. McInerney and Luella Bither, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

609